SCOTT J. KIEPEN (State Bar No. 175504)
E-Mail: skiepen@health-law.com
VINAY KOHLI (State Bar No. 268430)
E-Mail: vkohli@health-law.com
DAVID J. TASSA (State Bar No. 314308)
E-Mail: dtassa@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for SavaSenioreCare, LLC, and
SSC Newport Beach Operating Company LP,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| EDWARD DAVIS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAVASENIORCARE, LLC, a Delaware limited liability company; SSC NEWPORT BEACH OPERATING COMPANY LP, a Delaware limited partnership; and DOES 1-10, inclusive,,<br><br>　　　　Defendants. | Case No.<br><br>**DEFENDANTS SAVASENIORCARE, LLC, AND SSC NEWPORT BEACH OPERATING COMPANY LP'S NOTICE OF REMOVAL FOR DIVERSITY AND FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1441** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION:**

PLEASE TAKE NOTICE that Defendants SavaSeniorCare, LLC and SSC Newport Beach Operating Company LP ("Defendants") hereby remove this action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California, Eastern Division pursuant to 28 U.S.C. § 1441. Removal is based on the original jurisdiction of the district court (28 U.S.C. §§ 1331 (federal question), 1332 (diversity)).

DEFENDANTS SAVASENIORCARE, LLC AND SSC NEWPORT BEACH OPERATING COMPANY, LP'S
NOTICE OF REMOVAL OF ACTION FOR DIVERSITY AND FEDERAL QUESTION JURISDICTION UNDER 28
U.S.C. 1441

1234963.1

## STATEMENT OF JURISDICTION

Removal jurisdiction exists because this Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 and 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to "federal question" jurisdiction under 28 U.S.C. § 1331 and pursuant to the "complete diversity" requirement of 28 U.S.C. § 1332(a), in that this is a civil action arising under the laws of the United States and is between citizens of different states where the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.

Federal question jurisdiction exists here. Plaintiff Edward Davis has alleged a violation of "various provisions of the ADA, 42 U.S.C. § 12101 *et seq*" and seeks damages and injunctive relief for these alleged violations. (Complaint, ¶ 21.)

Complete diversity of citizenship also exists here. As alleged, Plaintiff Edward Davis is a citizen of the State of California. (Complaint, ¶ 4.) Defendant SavaSeniorCare, LLC is a Delaware limited liability company with its principal place of business located in Atlanta, Georgia. (Complaint, ¶ 5.) Defendant SSC Newport Beach Operating Company LP is a Delaware limited partnership. (*Id.*) Although Plaintiff alleges that SSC Newport Beach Operating Company LP has its "principal places of business located in Atlanta, Georgia, and Newport Beach, California," limited partnerships are not citizens of their principle places of business for diversity purposes. (*Id.*) Under the Supreme Court's ruling in *Carden v. Arkoma Assocs.*, the citizenship of a limited partnership is determined by the citizenship of "each of its members," not by its principal place of business or place of its registration. 494 U.S. 185, 195 (1990). Each of SSC Newport Beach Operating Company LP's partners is a citizen of the state of Delaware, and thus it is diverse from Plaintiff Edward Davis. (Declaration of Vinay Kohli, attached hereto as Exhibit A).

Plaintiff has alleged that it is entitled to damages and attorneys' fees of up to $74,999. (Complaint ¶¶ 24-25.) Plaintiff also seeks injunctive relief. (*Id.*)

Thus, the sum of Plaintiff's requested damages and the amount Defendant would be forced to expend pursuant to the requested injunctive relief exceeds the $75,000 amount in controversy requirement under 28 U.S.C. § 1332. *Int'l Padi, Inc. v. Diverlink*, No. 03-56478, 2005 WL 1635347, at *1 (9th Cir. July 13, 2005) ("[I]n determining the amount in controversy, we may also include the value of the requested injunctive relief to either party.").

## VENUE

Venue is proper in the United States District Court for the Central District of California, Eastern Division, in accord with 28 U.S.C. § 1446(a), as the Complaint was filed in the Superior Court of the State of California, County of San Bernardino.

## PLEADINGS AND PROCESS

On July 27, 2017, an action was commenced in the Superior Court of the State of California in and for the County of San Bernardino, entitled Edward Davis v. SavaSeniorCare, LLC; SSC Newport Beach Operating Company LP, and Does 1-10, inclusive, case number CIVDS1714505. Defendants SavaSeniorCare, LLC and SSC Newport Beach Operating Company LP were later served with the Summons and Complaint. A copy of the Complaint is attached as Exhibit 1 to the Declaration of Vinay Kohli, filed concurrently with this Notice.

## TIMELINESS OF REMOVAL

This Notice of removal has been timely filed within 30 days of the date that SavaSeniorCare, LLC and SSC Newport Beach Operating Company LP were served with the Summons and Complaint, the first pleading in this case that has alleged sufficient facts upon which to base this removal. 28 U.S.C. § 1446(a); *Murphy Bros., Inc. v. Michetti Pipe 19 Stringing, Inc.*, 526 U.S. 344, 354 (1999).

...

...

## CONSENT TO REMOVAL

SavaSeniorCare, LLC and SSC Newport Beach Operating Company LP join in the removal of this action in accord with 28 U.S.C. § 1446(b)(2)(A). Consent to removal is not required from "Does 1-10" because "the rule of unanimity does not apply to nominal, unknown, or fraudulently joined parties." *United Computer Sys., Inc. v. AT & T Corp.*, 298 F.3d 756, 762 (9th Cir. 2002) (internal quotation marks and citation omitted). "Does 1-10" are nominal, unknown, or fraudulently joined parties.

## NOTICE TO PLAINTIFFS AND THE STATE COURT

Pursuant to 28 U.S.C. § 1446(d), Defendants concurrently are providing written notice of this removal to Plaintiff, through his counsel. Also pursuant to 28 U.S.C. § 1446(d), Defendants are concurrently filing a copy of such Notice with the clerk of the San Bernardino County Superior Court.

**WHEREFORE,** Plaintiff's Complaint is removable to this Court based on federal question jurisdiction and diversity of citizenship, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, and 28 U.S.C. § 1441. Defendants hereby remove this action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California, Eastern Division and respectfully request this Court to proceed with the matter as if it had been filed originally herein.

Dated: September 7, 2017          HOOPER, LUNDY & BOOKMAN, P.C.

By:     s/Vinay Kohli
           VINAY KOHLI
Attorneys for SavaSenioreCare, LLC, and SSC Newport Beach Operating Company LP

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067-2517.

On September 7, 2017, I served true copies of the following document(s) described as **DEFENDANTS SAVASENIORCARE, LLC, AND SSC NEWPORT BEACH OPERATING COMPANY LP'S NOTICE OF REMOVAL FOR DIVERSITY AND FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1441** on the interested parties in this action as follows:

Scott J. Ferrell, Esq.                                    Attorneys for Plaintiff
Pacific Trial Attorneys
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
Email: SFerrell@pacifictrialattorneys.com

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 7, 2017, at Los Angeles, California.

_____
Tia Reiss