JS-6

1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  4100 Newport Place, Ste. 800
   Newport Beach, CA  92660
4  Tel: (949) 706-6464
   Fax: (949) 706-6469
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | EDWARD DAVIS, an individual, | Case No. EDCV 17-1814-GW(SPx)
12 | Plaintiff, | **ORDER OF DISMISSAL**
13 | v. | Filed: July 27, 2017
                                     Removed: September 7, 2017
14 | SAVASENIORCARE, LLC, a Delaware limited liability company; SSC NEWPORT BEACH OPERATING COMPANY LP, a Delaware limited partnership; and DOES 1-10, inclusive,
17 | Defendants.

1  The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant
2  to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3  prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own
4  costs and attorneys' fees.
5      IT IS SO ORDERED.
6
7  DATED: January 3, 2018
8
9  _____
10 GEORGE H. WU, U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2018, I electronically filed the foregoing **[PROPOSED] ORDER OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell, Esq.*
Scott J. Ferrell, Esq.